```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Sansome Street, Suite 600
San Francisco, California 94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>STRAIGHT LINE CAULKING, etc.,<br><br>                    Defendant. | NO.  C 05 2742 JL<br><br><u>JUDGMENT PURSUANT TO STIPULATION</u> |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAYAREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND;  DOUG ZIEGLER, TRUSTEE; BRUCE LAU, TRUSTEE, through their attorney, and defendant STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California corporation, have stipulated that Plaintiffs have and recover judgment from Defendant and it appearing that the Stipulation is in all respects proper and that the Stipulation provides for judgment against defendant in the amount of $12,625.81,

////

<u>JUDGMENT PURSUANT TO STIPULATION</u>                                                    1

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND, DOUG ZIEGLER, TRUSTEE; BRUCE LAU, TRUSTEE, have and recover judgment from defendant, STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California corporation, in the amount of $12,625.81, which amount is composed of the following:

   a.  Contributions for the months of November 2004 through May 2005 which are due and unpaid to plaintiffs in the total amount of $9,879.48;

   b.  Liquidated damages due and unpaid to the plaintiffs for the months of October 2004 through May 2005 in the amount of $2,290.24;

   c.  Interest due pursuant to contract in the amount of $206.09; and

   d.  Costs incurred in this action in the amount of $250.00.

   IT IS FURTHER STIPULATED and agreed by the parties hereto that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:

   1.  Defendant shall make payments of all amounts to become due to plaintiffs for hours worked by defendant's employees, commencing with the payment for June 2005 hours due on or before July 10, 2005 and continuing until the full amount of the judgment is paid. Each of said payments will be made by check payable to the Roofers Local Union No. 40 and/or Roofers Local Union No. 81 Trust Funds and

1 should be sent to ERSKINE & TULLEY, Attention: Michael J. Carroll, 220
2 Sansome Street, Suite 600, San Francisco, CA 94104.
3     2.   Defendant shall pay the amount of the contributions
4 under paragraph (a) ($9,879.48) as follows:

| Due Date | Amount of Payment |
|---|---|
| August 20, 2005 | $ 1,043.12 (covering 11/04) |
| September 20, 2005 | $ 1,656.72 (covering 12/04) |
| October 20, 2005 | $ 1,661.44 (covering 1/05) |
| November 20, 2005 | $ 1,189.44 (covering 2/05) |
| December 20, 2005 | $ 1,066.72 (covering 3/05) |
| January 20, 2006 | $ 1,236.64 (covering 4/05) |
| February 20, 2006 | $ 2,025.40 (covering 5/05) |

13 These payments will be made when the current month is paid pursuant
14 to paragraph 1 above.  Each of said payments will be made by check
15 payable to ERSKINE & TULLEY and should be sent to ERSKINE & TULLEY,
16 Attention: Michael J. Carroll, 220 Sansome Street, Suite 600, San
17 Francisco, California  94104.
18     3.  If the above amount of $9,879.48 is paid in full, the
19 Board of Trustees of Plaintiff Trust Funds will review defendant's
20 eligibility for a waiver of the liquidated damages and interest owed
21 as stated in paragraphs (b) and (c) above.
22     4.  Plaintiffs and Defendant each understand and agree that
23 any modification of payments must be made in writing and agreed to by
24 both the Plaintiffs and the Defendant.
25     IT IS FURTHER ORDERED AND ADJUDGED by the parties hereto
26 that upon failure of the Defendant to make any of their monthly
27 contribution payments pursuant to the collective bargaining agreement
28 as set forth in paragraph 1 above, and the monthly installment

1  payments in a timely manner as required pursuant to the terms of
2  paragraph 2 of the stipulation, execution on the entire judgment in
3  the amount of $12,625.81 reduced by any offsets for payments made,
4  shall issue without notice to the defendant upon the filing of a
5  declaration by Plaintiffs or by Plaintiff's attorney stating that a
6  default has occurred on the part of the defendant.  Defendant waives
7  notice of any hearing held by the court upon the earlier execution of
8  this judgment or Plaintiffs' declaration.

9       This judgment shall cover only the amounts paid pursuant to
10 this stipulated judgment.  The judgment does not include any unknown
11 amounts due to the Plaintiffs for the time period October 2004 through
12 May 2005, which may be discovered at a later date, and specifically
13 does not waive the right of the Trust Funds to audit the employer for
14 that time period and collect any additional monies found delinquent
15 as a result of an audit.

16 Dated: October 19, 2005

18 Magistrate Judge James Larson

*IT IS SO ORDERED* — United States District Court, Northern District of California

**JUDGMENT PURSUANT TO STIPULATION**                                        4